■ Jesse L. Cutbush, Respondent, v William J. Farrell et al., Appellants, and Saratoga Hospital, Respondent. Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.